*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  January 26, 2017                    106523
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                  MEMORANDUM AND ORDER

JACOB E. DAHL,
                        Appellant.
_____

Calendar Date:  November 29, 2016

Before:  Peters, P.J., Garry, Egan Jr., Lynch and Clark, JJ.

_____

        Richard E. Cantwell, Plattsburgh, for appellant.

        Kristy L. Sprague, District Attorney, Elizabethtown (James
E. Martineau Jr. of counsel), for respondent.

_____

        Appeal from a judgment of the County Court of Essex County
(Meyer, J.), rendered December 18, 2013, convicting defendant
upon his plea of guilty of the crime of burglary in the second
degree.

        Defendant waived indictment and agreed to be prosecuted by
a superior court information charging him with burglary in the
second degree.  He pleaded guilty to this charge in full
satisfaction of the superior court information, as well as
another pending charge, and also waived his right to appeal.  He
was thereafter sentenced in accordance with the terms of the plea
agreement to five years in prison, followed by three years of
postrelease supervision.  Defendant now appeals.

        Appellate counsel seeks to be relieved of his assignment of
representing defendant on the ground that there are no

nonfrivolous issues to be raised on appeal.  Based upon our review of the record and counsel's brief, we agree.  Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

Peters, P.J., Garry, Egan Jr., Lynch and Clark, JJ., concur.

ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.

ENTER:

Robert D. Mayberger
Clerk of the Court